**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LULSEGED GUADIE | ) | [Case No. 17-00054 |
|        Debtor. | ) | |
| _____ | ) | (Chapter 7) |
| | ) | in the Bankruptcy Court] |
| SANTORINI CAPITAL LLC | ) | |
|        Appellant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| LULSEGED GUADIE | ) | Civil Action No. |
|        Appellee. | ) | |
| | ) | |

**TRANSMITTAL OF NOTICE OF APPEAL**

    Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Notice of Appeal (Dkt. No. 161) in the above-captioned bankruptcy case.

**Other comments:**

The parties to the order appealed and their respective attorneys are as follows:

| Appellant(s) | Attorney |
|---|---|
| Santorini Capital LLC | Roger C. Simmons (Bar No. 12195)<br>1050 Key Parkway<br>Suite 101<br>Frederick, MD 21701 |
| **Appellee(s)** | **Attorney** |
| Lulseged Guadie | Craig Palik (Bar No. 15254)<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD 20770 |

Angela D. Caesar,
Clerk of the Court

Dated: 1/18/2018

By: /s/ Vamira Ragland
Deputy Clerk

Official Form 417A (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: )
)   Chapter 7
LULSEGED GUADIE, )   Case No. 17-00054
    Debtor. )
_____)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Santorini Capital LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ■ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Re: Motion to Dismiss Motion to Avoid Lien & Court's decision on Motion to Avoid Lien
2. State the date on which the judgment, order, or decree was entered: January 17, 2018

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Lulseged Guadie, Debtor    Attorney: Craig Palik (Bar No. 15254)
   6411 Ivy Lane, Suite 200
   Greenbelt, Maryland 20770
   301-441-2420; CPalik@MHLawyers.com

2. Party: Santorini Capital LLC, Creditor    Attorney: Roger C. Simmons (Bar No. 12195)
   1050 Key Parkway, Suite 101
   Frederick, MD 21701
   301-662-9122; rsimmons@gordonsimmons.com

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Roger C. Simmons_ (signature)
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 1/18/18

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Roger C. Simmons
1050 Key Parkway, Suite 101
Frederick, MD 21701
301-662-9122

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.